

**NUMBER 13-23-00399-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

| | |
|---|---|
| **SONYA M. MUNGUIA,** | **Appellant,** |
| **v.** | |
| **LADA SIERRA,** | **Appellee.** |

**On appeal from the County Court at Law No. 2
of Hidalgo County, Texas.**

**MEMORANDUM OPINION**

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

Appellant, Sonya M. Munguia, appealed a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas. On September 6, 2023, appellant was notified of several defects in her notice of appeal. *See* TEX. R. APP. P. 9.1, 9.5(e), 25.1(d)(2), 25.1(d)(4), 25.1(e). A request was also made for a payment of the $205.00 filing fee. *See id.* R. 42.3(c).

On October 2, 2023, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See id.* Appellant did not respond to the notice from the Clerk or pay the $205.00 filing fee. *See id.* R. 5, 12.1(b). On October 10, 2023, appellant filed an amended notice of appeal which was, again, not in compliance with the Texas Rules of Appellate Procedure. *See id.* R. 9.1(b), 9.5, 25.1(d)(2), 25.1(d)(4). Appellant was notified of these defects on October 11, 2023, and given fifteen days to correct the defects.

Appellant has not paid the $205.00 filing fee, nor corrected the defects in her notice of appeal. The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is dismissed for want of prosecution.

NORA L. LONGORIA
Justice

Delivered and filed on the
2nd day of November, 2023.

2